UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:22-cr-371-JSM-AAS

Plaintiff,        ☐
Government   ☒        ☐ Evidentiary
☒ Trial
☐ Other

v.

ALEXANDER LESZCZYNSKI

Defendant        ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Warranty Deed 18212 Sunset Blvd. |
| 2 | | | | Letter to M.S. |
| 3 | | | | Perkclothing Letter to M.S. |
| 4 | | | | 10/3/2021 email to Beth Cronin |
| 5 | | | | 10/4/2021 2:50 hours fax to Beth Cronin |
| 6 | | | | 10/4/2021 20:27 hours fax to Beth Cronin |
| 7 | | | | 10/7/2021 fax to Beth Cronin |
| 8 | | | | 10/19/2021 fax to Beth Cronin |
| 9 | | | | 11/29/2021 email to Beth Cronin |
| 10 | | | | Zillow listing |
| 11 | | | | CART Report |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 12 | | | | iChat Message 1 |
| 13 | | | | iChat Message 2 |
| 14 | | | | iChat Message 3 |
| 15 | | | | MacBook |
| 16 | | | | Stipulation/Redacted Indictment |
| 17 | | | | Vega Letter to Steens |
| 18 | | | | Vega Letter to AUSA |
| 19 | | | | Anthony Vega recording |
| 19a | | | | Transcript Anthony Vega recording |
| 20 | | | | UC Call #1 |
| 20a | | | | Transcript UC Call#1 |
| 21 | | | | UC Call #2 |
| 21a | | | | Transcript UC Call #2 |
| 22 | | | | Zillow Records |
| 23 | | | | TextNow Records |
| 24 | | | | Aura Inc Records |
| 25 | | | | Judge Scriven Order Doc. 40 |
| 26 | | | | PCSO Camera 9.8.2022 |
| 27 | | | | PCSO Camera 9.9.2022 |